AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JACK ALBERT PATTERSON,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:10-CV-00634-ECR-VPC**

JACK PALMER, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition is DISMISSED WITHOUT PREJUDICE.

October 27, 2010                                  **LANCE S. WILSON**
                                                                     Clerk

                                                                  /s/ M. Campbell
                                                                  Deputy Clerk