# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACK ALBERT PATTERSON,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-cv-00634-RCJ-VPC

**ORDER**

    In October 2010, the court dismissed this action because petitioner had not exhausted his available state-court remedies for any of his grounds; the court also noted that the petition appeared to be untimely. Order (#3). Now, petitioner has filed a motion to produce transcripts (#5). This motion comes more than five years after the dismissal of this case, does not provide any reason why the court should grant petitioner relief from the judgment, and is not related to any order of this court.

    IT IS THEREFORE ORDERED that petitioner's motion to produce transcripts (#5) is **DENIED**.

    DATED: This 27th day of January, 2016.

ROBERT C. JONES
United States District Judge