# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACK ALBERT PATTERSON,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:10-cv-00634-RCJ-VPC

**ORDER**

    In October 2010, the court dismissed this action because petitioner had not exhausted his available state-court remedies for any of his grounds; the court also noted that the petition appeared to be untimely. Order (#3). Now, petitioner has filed a motion for cease-and-desist order (#8), a motion to preserve evidence (#9), a motion for stay (#10), and a motion for appointment of counsel (#11). These motion come more than five years after the dismissal of this case, do not provide any reason why the court should grant petitioner relief from the judgment, and are not related to any order of this court.

    It appears from the motions that petitioner is litigating a post-conviction habeas corpus petition in the state courts. If petitioner is asking this court to intervene in the state-court proceedings, then petitioner has come to the wrong court. This court does not have authority to supervise the proceedings in the state courts. Petitioner needs to use the correct procedures in the state courts to make his requests.

IT IS THEREFORE ORDERED that petitioner's motion for cease-and-desist order (#8) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's motion to preserve evidence (#9) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's motion for stay (#10) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel (#11) is **DENIED**.

DATED: This 12th day of February, 2016.

_____
ROBERT C. JONES
United States District Judge